IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DJUN E. WILSON,

    Plaintiff,

v.                                                               4:17cv231–WS/CAS

HEATH HOLLAND, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 49) docketed December 18, 2018. The magistrate judge recommends that the defendants' motions to dismiss (ECF Nos. 36 & 42) be granted for failure to exhaust administrative remedies. The plaintiff has filed objections (ECF No. 50) to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted. The plaintiff has sued five individuals who work at Jackson Correctional Institution, alleging that they failed to protect him from a savage attack by another inmate. The plaintiff does not

dispute that he failed to file a timely administrative grievance asserting a failure-to-protect claim. The defendants having met their burden of demonstrating failure to exhaust administrative remedies, dismissal of the plaintiff's complaint is required. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 49) is ADOPTED and incorporated into this order of the court.

2. The defendants' motions to dismiss (ECF Nos. 36 & 42) for failure to exhaust administrative remedies are GRANTED.

3. The plaintiff's fourth amended complaint (ECF No. l5) is DISMISSED WITHOUT PREJUDICE for failure to exhaust.

4. The clerk shall enter judgment stating: "All claims against the defendants are DISMISSED without prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this \_\_\_10th\_\_\_ day of \_\_January\_\_, 2019.

                                                s/ William Stafford  
                                                WILLIAM STAFFORD  
                                                SENIOR UNITED STATES DISTRICT JUDGE